# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MEGAN FRANCES FRANKS,<br><br>Plaintiff<br><br>v.<br><br>LYON COUNTY SHERIFF'S OFFICE, et al.,<br><br>Defendants. | Case No. 3:25-CV-00461-CLB<br><br>**ORDER TO PAY FILING FEE OR FILE APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |

On August 28, 2025, Plaintiff Megan Frances Franks ("Franks") submitted a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1-1). Franks has neither paid the full $405 filing fee for this matter nor filed an application to proceed *in forma pauperis*.

Under Local Rule LSR 1-1, a person who is unable to prepay the fees in a civil case may apply to the Court for leave to proceed *in forma pauperis*. The application must be made on the form provided by the Court and must include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities.

Accordingly, **IT IS ORDERED** the Clerk of the Court shall **SEND** Franks the approved form application to proceed *in forma pauperis* by a non-inmate.

**IT IS FURTHER ORDERED** that on or before **September 29, 2025**, Franks will either: **(1)** pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55 administrative fee); or **(2)** file with the Court a completed Application to Proceed *in Forma Pauperis* for Non-Inmate on this Court's approved form, along with a completed and signed financial affidavit. Failure to do so will result in a recommendation to the District Court to dismiss the complaint.

The Court will retain Franks's civil rights complaint, (ECF No. 1-1), but will not file it unless and until Franks timely complies with this order.

**DATED**: August 29, 2025

_____
UNITED STATES MAGISTRATE JUDGE